**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,**<br><br>                    Plaintiff,<br><br>v.<br><br>**INTERACTIVE MEDIA CORP.**<br>**d/b/a KANGURU SOLUTIONS,**<br><br>                    Defendant. | Case No. 2:13-cv-00101<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF NOVELPOINT SECURITY LLC'S**
**NOTICE OF RELATED CASES**

Plaintiff NovelPoint Security LLC ("NovelPoint") files this Notice of Related Cases currently pending before this Court.

In each of the following cases recently filed contemporaneously with one another, NovelPoint alleges infringement of U.S. Patent No. 5,434,562, by Accused Instrumentalities comprising encrypted storage drives (*e.g.*, encrypted hard drives or encrypted USB drives):

| Filed February 1, 2013 | |
|---|---|
| **Case No.** | **Defendant** |
| 2:13-cv-00073 | Aleratec Inc. |
| 2:13-cv-00074 | Apricorn, Inc. |
| 2:13-cv-00075 | Buffalo Technology (USA), Inc. |
| 2:13-cv-00076 | Buslink Media |
| 2:13-cv-00077 | CMS Products, Inc. |
| 2:13-cv-00078 | Corsair Memory, Inc. |
| 2:13-cv-00079 | Data Locker Inc. |
| 2:13-cv-00080 | Dell Inc. |
| 2:13-cv-00081 | Hitachi America Ltd. |
| 2:13-cv-00082 | Hewlett-Packard Company |

| | |
|---|---|
| 2:13-cv-00083 | Imation Corp. |
| 2:13-cv-00084 | Kingston Technology Company, Inc. |
| 2:13-cv-00085 | Lacie Corporation |
| 2:13-cv-00086 | Lexar Media, Inc. |
| 2:13-cv-00087 | Micron Technology, Inc. |
| 2:13-cv-00088 | Rocstorage Inc. |
| 2:13-cv-00089 | Sandisk Corporation |
| 2:13-cv-00090 | Seagate Technology LLC |
| 2:13-cv-00091 | Tandberg Data Corporation |
| 2:13-cv-00092 | Toshiba America Information Systems, Inc. |
| 2:13-cv-00093 | Transcend Information, Inc. |
| 2:13-cv-00094 | Verbatim Americas LLC |
| 2:13-cv-00095 | Western Digital Corporation |
| 2:13-cv-00073 | Aleratec Inc. |
| **Filed February 4, 2013** | |
| 2:13-cv-00100 | Iomega Corp. |
| 2:13-cv-00101 | Interactive Media Corp. d/b/a Kanguru Solutions |

In each of the following cases filed contemporaneously with one another several months ago (the Clevo case against a foreign defendant was filed three months later than the others), NovelPoint alleges infringement of U.S. Patent No. 5,434,562, and also infringement of U.S. Patent No. 6,212,635, by Accused Instrumentalities comprising computers (*e.g.*, laptops, desktops, notebooks, servers and workstations) that contain Trusted Platform Module ("TPM") chips or modules:

| | |
|---|---|
| **Filed March 9, 2012** | |
| 2:12-cv-00100 | Samsung Electronics America, Inc. (Consolidated Case) |
| 2:12-cv-00101 | Toshiba America Information Systems, Inc. |

| 2:12-cv-00104 | Hewlett-Packard Company |
|---|---|
| 2:12-cv-00105 | Dell Inc. |
| 2:12-cv-00109 | Fujitsu America, Inc. |
| **Filed March 10, 2012** ||
| 2:12-cv-00120 | ASI Corp. |
| **Filed June 14, 2012** ||
| 2:12-cv-00344 | Clevo Co. |

Cases 2:12-cv-101 (Toshiba), 2:12-cv-104 (HP), 2:12-cv-105 (Dell), and 2:12-cv-120 (ASI Corp.) have been consolidated into Case No. 2:12-cv-00100 (NovelPoint Security LLC v. Samsung Electronics America, Inc.), for all pretrial issues except venue.

Dated: February 6, 2013          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Craig Tadlock
　　　　　　　　　　　　　　　　　　　Craig Tadlock
　　　　　　　　　　　　　　　　　　　State Bar No. 00791766
　　　　　　　　　　　　　　　　　　　Keith Smiley
　　　　　　　　　　　　　　　　　　　State Bar No. 24067869
　　　　　　　　　　　　　　　　　　　TADLOCK LAW FIRM PLLC
　　　　　　　　　　　　　　　　　　　2701 Dallas Parkway, Suite 360
　　　　　　　　　　　　　　　　　　　Plano, Texas 75093
　　　　　　　　　　　　　　　　　　　903-730-6789
　　　　　　　　　　　　　　　　　　　craig@tadlocklawfirm.com
　　　　　　　　　　　　　　　　　　　keith@tadlocklawfirm.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff NovelPoint Security LLC*

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 6th day of February, 2013.

                                              /s/ *Craig Tadlock*
                                              Craig Tadlock